HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRI LEA LEIR,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, in his capacity as Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C11-5411RAJ

ORDER

    This matter comes before the court on the Report and Recommendation ("R&R") (Dkt. # 17) of the Honorable Mary Alice Theiler, United States Magistrate Judge, along with Plaintiff's objection to the R&R (Dkt. # 18) and Defendant's response. The court has considered these documents, the briefs the parties submitted to Judge Theiler, and the Administrative Record ("AR").

    The objection focuses solely on the R&R's discussion of the new evidence Plaintiff submitted to the Appeals Council. The court finds no error in the R&R in that regard. The court's review of the record reveals no other error in the R&R.

//
//
//
//

ORDER – 1

The court therefore DENIES Plaintiff's objection to the R&R and ADOPTS the R&R.  The court AFFIRMS Defendant's decision denying Plaintiff disability benefits. The court directs the clerk to DISMISS this case and to enter judgment for Defendant.

DATED this 30th day of April, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2