UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRI LEA LEIR, | |
| Plaintiff, | CASE NO. C11-5411RAJ |
| v. | ORDER |
| CAROLYN W. COLVIN, in her capacity as Acting Commissioner of Social Security, | |
| Defendant. | |

Having received the January 3, 2014 mandate of the Ninth Circuit Court of Appeals, the court reverses the final decision of the Commissioner of Social Security and remands this action to the Social Security Administration for additional proceedings in accordance with the Ninth Circuit's November 4, 2013 memorandum disposition.

The clerk shall enter judgment for Plaintiff.

DATED this 13th day of January, 2014.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1